```
1   Floyd W. Bybee, #012651
    BYBEE LAW CENTER, PLC
2   4445 E. Holmes Avenue
    Suite 107
3   Mesa, AZ 85206-3398
    Office: (480) 756-8822
4   Fax: (480) 302-4186
    floyd@bybeelaw.com
5
    Attorney for Plaintiff
6
7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Frank Vazzano;** | No. CV09-2291-PHX-ECV |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **National Credit Systems, Inc.;** | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case with prejudice, each party to bear its own attorney's fees and costs.

/ / /

/ / /

1
2      RESPECTFULLY SUBMITTED:   <u>  December 3, 2009  </u>  .
3
4                                      <u>  s/ Floyd W. Bybee  </u>
                                       Floyd W. Bybee, #012651
5                                      **BYBEE LAW CENTER, PLC**
                                       4445 E. Holmes Avenue
6                                      Suite 107
                                       Mesa, AZ 85206-3398
7                                      Office: (480) 756-8822
                                       Fax: (480) 302-4186
8                                      floyd@bybeelaw.com
9                                      Attorney for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25